No. 57931.—Royal Bead Novelty Co., Inc. *v.* United States, protest 158260–K (New York).

Opinion by EKWALL, J. In accordance with stipulation of counsel that the articles in question consist of enamel pin trays the same in all material respects as the merchandise involved in *Ignaz Strauss & Co., Inc.* v. *United States* (28 Cust. Ct. 280, C. D. 1423) and *Ignaz Strauss & Co., Inc.* v. *United States* (9 Cust. Ct. 342, C. D. 710), the claim of the plaintiff was sustained.